COLLOTON, Circuit Judge,
concurring in the judgment.
I agree that Bill M., John Doe, Jane S., and Marcus J. have Article III standing based on their allegations of injury resulting from the State’s refusal to provide community-based funding under Medicaid to which they claim entitlement. I also *1101 agree that although Tennessee v. Lane, 541 U.S. 509, 124 S.Ct. 1978, 158 L.Ed.2d 820 (2004), undermined some of the reasoning of Alsbrook v. City of Manuelle, 184 F.3d 999,1010 (8th Cir.1999) (en banc), our court’s en banc precedent still governs this case, which involves only a claim for additional funding of community-based services and implicates no fundamental constitutional right. Accordingly, I concur in the judgment.